PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marcus Cherry                                  Cr.: 05-00885-01(New Jersey)

Name of Sentencing Judicial Officer: Joseph A. DiCleico, Jr. (New Hampshire); assigned to Judge William Walls on 12/12/05

Date of Original Sentence: 07/14/99

Original Offense: Distribution of Cocaine & Cocaine Base (21:841 (a)(1)- 3 counts.

Original Sentence: 72 months imprisonment (concurrent on each count).

12/5/06: Violation of Supervised Release - pled guilty, sentence revoked; sentenced to time served (35 days) to be followed by reimposition of supervised release for 1 year with special condition that the offender complete a minimum of 6 months inpatient treatment with drug aftercare to follow.

Type of Supervision: Supervised Release            Date Supervision Commenced: original term:03/27/04; New term of Supervised Release 12/5/06.

Assistant U.S. Attorney: Shauna Chen              Defense Attorney: Stacey Biancamano, AFPD

### PETITIONING THE COURT

[X]  To issue a warrant
[]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                   The offender has violated the supervision condition which states '**The defendant shall enter inpatient treatment at the Integrity House Program in Secaucus, New Jersey and shall remain in treatment for a minimum of 6 months. The defendant shall abide by the rules of this program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

                     12/5/06: Violation of Supervised Release- the offender was ordered to enter inpatient treatment at Integrity House in Secaucus, N.J. for a minimum of 6 months. He was released to U.S. Probation Officer and was transported to that facility on December 14, 2006. Cherry left the Integrity House facility (AMA) on January 3, 2007 against the express directives of the Probation Officer and the Court.

PROB 12C - Page 2
Marcus Cherry

2. The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of any change of residence or employment.**'

Since his unlawful flight from the Integrity House facility on January 3, 2007 the offender has failed to notify the U.S. Probation Office of his whereabouts, which remain unknown to date..

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 1/8/07

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: .
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

18 January 2007
Date