# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number   05-885

MARCUS CHERRY

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, MARCUS CHERRY, was represented by John Yauch, Esq.

The defendant admitted guilt to violation number(s) 1 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 1 | 'Community Confinement' |

The defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 4/12/2007 remain in full force and effect, if not already paid.

Signed this the ___ day of March, 2008.

WILLIAM H. WALLS
United States District Judge

AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation    Case 2:05-cr-00885-WHW   Document 22   Filed 03/28/08   Page 2 of 2 PageID: 60

Judgment – Page 2 of 3

Defendant:  MARCUS CHERRY
Case Number:  05-885

## SUPERVISED RELEASE

It is ordered and adjudged that the offender be continued on supervised release subject to all previously imposed standard and special conditions and shall comply with the following modified/additional special condition(s):

The defendant shall reside for a period of **3 months** in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Defendant shall pay subsistence as required by the program

The defendant shall surrender to the designated facility on April 22, 2008 @ 10:00a.m.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____
                        Defendant                          Date

_____
U.S. Probation Officer/Designated Witness          Date